# Levy v. RPM

From: **Joseph Joseph Mauro** (joemauroesq@hotmail.com)
Sent: Fri 5/11/12 5:04 PM
To:     Peter Cipparulo Esq (petercipparulo@cipplaw.com)

Peter,
Per your request I wanted to get back to you regarding the outstanding documents. I identified these documents at the depositions, but in any event the documents were as follows:

1. The information provided by Trans Union to RPM in October 2011 and December 2011.

2. The 3 <u>requests</u> that RPM made <u>to</u> Trans Union for any phone numbers of Omer Levy. (as distinguished from the <u>response</u> that Trans Union provided)

3. Other "files screens" related to the L1 line on the first set of collection notes. (RPM witness testified that he looked at these additional screens)

4. All other screens related to the second set of collection notes. RPM provided these additional screens for the first set of notes, but not the second.

5. The documents reflecting the placement of the debt with RPM by Main Street.

6. The documents reflecting Main Street's termination of RPM's right to collect the debt, in January 2011, and then again, in February 2011.

7. Complaints made to the Washington State Attorney General about RPM.


Joe Mauro



The Law Office of Joseph Mauro, LLC

306 McCall Ave.

West Islip, NY 11795

(631) 669-0921

(631) 669-5071 (fax)

joemauroesq@hotmail.com