Case 2:11-cv-03155-JFB-ARL   Document 49-1   Filed 06/25/12   Page 1 of 1 PageID #: 255

# Levv v. RPM

From: **Joseph Joseph Mauro** (joemauroesq@hotmail.com)

Sent: Tue 3/13/12 8:21 PM

To:     Peter Cipparulo Esq (petercipparulo@cippplaw.com)

   1 attachment

   Cell Phone Authorizations.pdf (29.6 KB)

Peter,
Here are the authorizations for you to get the cell phone records as agreed.

Joe Mauro


The Law Office of Joseph Mauro, LLC

306 McCall Ave.

West Islip, NY 11795

(631) 669-0921

(631) 669-5071 (fax)


joemauroesq@hotmail.com