Law Offices of
# Peter Cipparulo, III, LLC

Peter Cipparulo, III, Esq.*  
*Certified by the Supreme Court of New Jersey  
as a Certified Civil Trial Attorney*

349 Route 206, Suite K  
Hillsborough, NJ 08844  
Phone: (908) 275-8777  
Fax: (973) 737-1617  
Email: petercipparulo@cipplaw.com

May 16, 2014

**VIA ECF**

Honorable Joseph Bianco U.S.D.J.  
United States District Court  
100 Federal Plaza  
Central Islip, NY 11722

        RE: LEVY v. RPM, et al.  
           Docket No. 11-cv-3155  
           Our File No. 026

Dear Judge Bianco:

 I am attaching an order entered in <u>Higgenbotham v. Diversified Consultants, Inc.</u>, Civil No. 13-2624, (District of Kansas, May 14, 2014) granting a stay regarding a TCPA action.

                Respectfully submitted,

                */s/ Peter Cipparulo, III*

                PETER CIPPARULO, III

PC/mav

cc: Joseph Mauro, Esq. (via ECF)