Law Offices of
# Peter Cipparulo, III, LLC

Peter Cipparulo, III, Esq.*
  *Certified by the Supreme Court of New Jersey
  as a Certified Civil Trial Attorney

349 Route 206, Suite K
Hillsborough, NJ 08844
Phone: (908) 275-8777
Fax: (973) 737-1617
Email: petercipparulo@cipplaw.com

September 24, 2014

**VIA ECF**

Honorable Joseph Bianco U.S.D.J.
United States District Court
100 Federal Plaza
Central Islip, NY 11722

          RE:  LEVY v. RPM, et al.
                Docket No. 11-cv-3155
                Our File No. 026

Dear Judge Bianco:

      Defendant wishes to advise the Court of the following cases that have granted stays of TCPA litigations pending the outcome of the various petitions before the Federal Communications Commission:

- Matlock v. United Healthcare Services, Inc., 2014 WL 1155541 (E.D. California March 19, 2014);

- Barera v. Comcast Holdings, 2014 WL 1942829 (N.D. California May 12, 2014),

- Higgenbotham v. Diversified Consultant Corp., 2014 WL 1930885 (E. Kansas May 14, 2014);

- Hucker v. RPM, 11:cv-00845 (W.D. New York, Aug. 8, 2014).

- Lee v. Loandepot.com, LLC, 2014 WL 4145404 (D. Kansas, Aug. 20, 2014); and

- Lambert v. Buth-NA-Bodhite, Inc. 2014 WL 4187250, (E.D. California Aug. 21, 2014);

Respectfully submitted,

*Peter Cipparulo, III*

PETER CIPPARULO, III

PC/mav

cc: Joseph Mauro, Esq. (via ECF)