UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMER LEVY,<br>　　　　　　Plaintiff,<br>vs.<br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC.<br>　　　　　　Defendants. | Docket No. 11-cv-3155<br><br>ORDER OF SETTLEMENT |

　　IT IS ON THIS 15th day of September, 2015,
ORDERED that the parties have agreed to settle the above matter on the following terms:

1. Defendant shall pay the amount of $350,000.00 in full and complete settlement of the above matter. The $350,000.00 figure shall be paid pursuant to the following schedule:
   - $20,000.00 is to be delivered to plaintiff's attorney's office by October 6, 2015;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by November 6, 2015;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by December 6, 2015;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by January 6, 2016;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by February 6, 2016;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by March 6, 2016;
   - The balance of $230,000.00 is to be delivered to plaintiff's attorney's office by April 6, 2016;

2. Plaintiff agrees to release any and all claims known and unknown as related to the subject matter of the above upon receipt of full payment as outlined above.

3. In the event of default, the plaintiff is entitled to immediately enter judgment for any and all unpaid portions with interest; additionally, the plaintiff is entitled to all reasonable attorney's fees and costs related to enforcement of this Agreement and/or Order.

4. This agreement is not an admission of liability of the defendant and is a compromise of a disputed claim.

5. All settlement payments shall be made payable to "Joseph Mauro, as Attorney" and delivered to plaintiff's counsel's office address of 306 McCall Avenue, West Islip, New York, 11795.

6. The court retains jurisdiction for the purposes of enforcement of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

_____　　　_____
Omer Levy, Plaintiff　　　　　　　　　　　Joseph Mauro, Esq.,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

_____　　　_____
Howard George, Title: Member for　　　　Peter Cipparulo, III, Esq.
Receivables Performance Management, LLC　Attorney for Defendant