UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 15 2015 ★

LONG ISLAND OFFICE

OMER LEVY,
         Plaintiff,
vs.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC.
         Defendants.

Docket No. 11-cv-3155

ORDER OF SETTLEMENT

IT IS ON THIS 15th day of September, 2015,
ORDERED that the parties have agreed to settle the above matter on the following terms:

1. Defendant shall pay the amount of $350,000.00 in full and complete settlement of the above matter. The $350,000.00 figure shall be paid pursuant to the following schedule:
   - $20,000.00 is to be delivered to plaintiff's attorney's office by October 6, 2015;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by November 6, 2015;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by December 6, 2015;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by January 6, 2016;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by February 6, 2016;
   - $20,000.00 is to be delivered to plaintiff's attorney's office by March 6, 2016;
   - The balance of $230,000.00 is to be delivered to plaintiff's attorney's office by April 6, 2016;

2. Plaintiff agrees to release any and all claims known and unknown as related to the subject matter of the above upon receipt of full payment as outlined above.

3. In the event of default, the plaintiff is entitled to immediately enter judgment for any and all unpaid portions with interest; additionally, the plaintiff is entitled to all reasonable attorney's fees and costs related to enforcement of this Agreement and/or Order.

4. This agreement is not an admission of liability of the defendant and is a compromise of a disputed claim.

5. All settlement payments shall be made payable to "Joseph Mauro, as Attorney" and delivered to plaintiff's counsel's office address of 306 McCall Avenue, West Islip, New York, 11795.

6. The court retains jurisdiction for the purposes of enforcement of this Order.

9/15/15

_____
U.S.D.J.

_____
Omer Levy, Plaintiff

_____
Joseph Mauro, Esq.,
Attorney for Plaintiff

_____
Howard George, Title: Member for
Receivables Performance Management, LLC

_____
Peter Cipparulo, III, Esq.
Attorney for Defendant

SO ORDERED

Joseph F. Bianco
USDJ
Sep 15 2015
Central Islip, N.Y.

The Clerk of the Court shall close the case.